*Toni M. Smith-Rosario*, assistant state's attorney, in opposition.

Decided September 12, 2002

### STATE OF CONNECTICUT *v.* NELSON RAMOS

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 70 Conn. App. 855 (AC 20921), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the evidence was insufficient to sustain the defendant's conviction under General Statutes § 29-38 because the state failed to prove that the defendant intended to carry the hammer in his vehicle with the intent to use it as a dangerous instrument?"

The Supreme Court docket number is SC 16829.

*Toni M. Smith-Rosario*, assistant state's attorney, in support of the petition.

*Kent Drager*, senior assistant public defender, in opposition.

Decided September 12, 2002

### NICOLAS G. MELFI ET AL. *v.* CITY OF DANBURY ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 70 Conn. App. 679 (AC 21134), is denied.

*Nancy Burton*, in support of the petition.

Decided September 12, 2002